UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.C., *individually and on behalf of their
minor daughter*, *et al.*,

                              Plaintiffs,

                -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.

23-CV-8350 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

subject to restoring the action to the Court's calendar, provided the application to restore the

action is made within thirty days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                                        J. PAUL OETKEN
                                                        United States District Judge